## CASE ANNOUNCEMENTS

*February 16, 2011*

[Cite as *02/16/2011 Case Announcements*, 2011-Ohio-647.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010-2118. State ex rel. Buoscio v. Horrigan.**
In Mandamus. On complaint in mandamus of Samuel Buoscio. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010-2134. State v. Nickel.**
Ottawa App. No. OT–10–004, 2010-Ohio-5510. On review of order certifying a conflict. On the authority of our opinion in *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, the court determines that no conflict exists. This cause is therefore dismissed as moot. Motions to dismiss and to remand denied as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010-2145. [State ex rel.] Johnson v. Ward.**
In Prohibition. On relator's amended complaint and respondents' amended motion to dismiss. Motion to dismiss granted. Relator's motions for stay, to strike, for a hearing, and for default judgment denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010-2161. State ex rel. Billiter v. IHS Supervisor.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010-2244. [State ex rel.] Allen v. Hamilton Cty. Common Pleas Judge.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010-2286. State v. Jordan.**
Trumbull App. No. 2009–T–0110, 2010-Ohio-5183. On review of order certifying a conflict. On the authority of our opinion in *State v. Hodge*, 128 Ohio St.3d 1, 2010-Ohio-6320, 941 N.E.2d 768, the court determines that no conflict exists. This cause is therefore dismissed as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011-0064. State ex rel. King v. Court of Appeals, Ninth Appellate Dist.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.